# BERGSTEIN & ULLRICH, LLP
~ ATTORNEYS AT LAW ~

15 RAILROAD AVENUE • CHESTER, NEW YORK 10918
TELEPHONE (845) 469-1277
FACSIMILE (845) 469-5904
E-MAIL thefirm@tbulaw.com
www.BergsteinUllrichLaw.com
www.secondcircuitcivilrights.blogspot.com

Stephen Bergstein

*Of Counsel*
Helen G. Ullrich

**VIA ECF**
October 24, 2014

Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, N.Y. 10007

                Re:   *Meadors v. Ulster County et al*
                        Dkt No. 14-3636/14-3638

Dear Clerk:

This office represents plantiffs-appellants-cross appellees. As we received the trial transcripts on October 22, 2014, I am requesting that the deadline for the filing of plaintiff's brief and joint appendix be set for January 21, 2015, 91 days from October 21, 2014.

Vey truly yours,

Stephen Bergstein

enclosure

cc:   Joseph Ranni, Esq.
       Brandon Klaproth, Esq.
       Matthew Kelly, Esq.